**97–1147. State v. Scott.**
Clark App. No. 95CA101. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's order revoking his probation, and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for

delayed appeal in S.Ct.Prac.R. II(2)(A)(4), apply. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.